IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHELLEY WALL, fka<br>SHELLEY WALL SUMRALL,<br><br>        Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. H-12-3560<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

In a February 20, 2013 hearing, this court dismissed the complaint and gave the plaintiff, Shelley Walls, leave to amend her complaint by February 27, 2013. Wall has not filed an amended complaint or sought additional time to do so. This action is dismissed.

SIGNED on April 23, 2013, at Houston, Texas.

                                                 Lee H. Rosenthal
                                                 United States District Judge